

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00107-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

**ORDER**

On May 3, 2019, relator filed a motion to dismiss. We GRANT the motion and DISMISS this original proceeding.

It is so **ORDERED** on May 15, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.